**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin Christopher Gleason** |
| | First Name — Middle Name — Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | **16-10001-JKO** |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B................................................... | $ 1,249,890.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B......................................... | $ 69,614.04 |
| 1c. Copy line 63, Total of all property on Schedule A/B.................................................. | $ 1,319,504.04 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $ 1,256,140.88 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 195,083.62 |
| **Your total liabilities** | $ 1,451,224.50 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I...* Schedule I is on extension | $ 0.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J...* Schedule J is on extension | $ 0.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Kevin Christopher Gleason**                                 Case number *(if known)*  **16-10001-JKO**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
   122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   *Official Form 122 is on extension*                                    $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ _____ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ **0.00** |

9g. **Total.** Add lines 9a through 9f.                                    $ _____ **0.00**

**Fill in this information to identify your case and this filing:**

Debtor 1    **Kevin Christopher Gleason**
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number    **16-10001-JKO**

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**  ✳

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

| | | |
|---|---|---|
| 1.1 | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

**1442 Polk Street**
Street address, if available, or other description

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home

**Hollywood**    **FL**    **33020-5245**
City          State    Z P Code

☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Current value of the entire property?**    **Current value of the portion you own?**
$529,950.00          $529,950.00

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Broward**
County

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee Owner subject to dower interest**

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**Personal residence since 2009. Subject to non-recourse mortgage. LOTS 25 AND 26, BLOCK 94, OF HOLLYWOOD, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 1, PAGE 21, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA. Property # 5142 15 02 7620. Folio # 692739**

✳  All real property values are as determined by the property appraiser of the respective County.

Debtor 1   **Kevin Christopher Gleason**   Case number *(if known)*   **16-10001-JKO**

---

**1.2**   **If you own or have more than one, list here:**

**4121 N 31st Avenue**
Street address, if available, or other description

**Hollywood**       **FL**    **33021-2011**
City                State   Z P Code

**Broward**
County

**What is the property?** Check all that apply

- ■ Single-family home
- □ Duplex or multi-unit building
- □ Condominium or cooperative
- □ Manufactured or mobile home
- □ Land
- □ Investment property
- □ Timeshare
- □ Other _____

**Who has an interest in the property?** Check one

- □ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Business location.  THE SOUTH 105 FEET OF THE NORTH 555 FEET OF THE EAST 130 FEET OF THE WEST 1/2 OF THE NORTHWEST 1/4 OF THE NORTHEAST 1/4 OF THE NORTHEAST 1/4 OF SECTION 5, TOWNSHIP 51 SOUTH, RANGE 42 EAST, SAID LANDS SITUATE, LYING AND BEING IN BROWARD COUNTY, FLORIDA.  Property # 5142 05 00 0040  Folio # 58872**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$157,310.00** | **$157,310.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**1/2 undivided interest as tenant-by-entireties**

- □ **Check if this is community property** (see instructions)

---

**1.3**   **If you own or have more than one, list here:**

**1312 Polk Street**
Street address, if available, or other description

**Hollywood**       **FL**    **33019-1037**
City                State   Z P Code

**Broward**
County

**What is the property?** Check all that apply

- □ Single-family home
- ■ Duplex or multi-unit building
- □ Condominium or cooperative
- □ Manufactured or mobile home
- □ Land
- □ Investment property
- □ Timeshare
- □ Other _____

**Who has an interest in the property?** Check one

- □ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Landlord occupational license location. LOTS 17, 18, 19 AND THE EAST 4.00 FEET OF THE SOUTH 50.00 FEET OF LOT 20, BLOCK 10, HOLLYWOOD LAKES SECTION, A SUBDIVISION ACCORDING TO THE PLAT OR MAP THEREOF, AS RECORDED IN PLAT BOOK 1, PAGE 32 OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA. TAX# 514214-01-1930  Folio # 690136**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$559,800.00** | **$559,800.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**1/2 undivided interest as tenant-by-entireties**

- □ **Check if this is community property** (see instructions)

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1    **Kevin Christopher Gleason**                                    Case number *(if known)*   **16-10001-JKO**

**1.4**    If you own or have more than one, list here:

**16469 NW 288TH ST**
Street address, if available, or other description

**Okeechobee        FL**
City                State        Z P Code

**Okeechobee**
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☑ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Vacant land accepted in lieu of a fee. Parcel ID 1-14-34-33-0A00-00030-O000,  LOT O OF TRACT 30 W1/2 OF E1/2 OF S1/2 OF S1/2 OF TRACT 30 14 34S 33E

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

**$5,660.00**                **$2,830.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**a 1/2 interest as Tenants by Entireties in a 1/2 interest as tenants in common**

☐ **Check if this is community property**
(see instructions)

---

2.    Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>    **$1,249,890.00**

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1   Make:    **Ford**
Model:   **E150**
Year:    **1997**
Approximate mileage:    **193123**
Other information:

**Personal vehicle. VIN: 1FDEE14L1VHB51192  Title No: 73724479,  Poor condition, accident history (2)**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct any secured claims or exemp ions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

**$500.00**                **$500.00**

3.2   Make:    **Toyota**
Model:   **Prius II**
Year:    **2015**
Approximate mileage:    **1323**
Other information:

**Business use. VIN JTDKN3DU8F1987829.  Value stated is purchase price on 12/09/15.  Usually at 4121 N 31st Ave. Hollywood, FL 33021**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct any secured claims or exemp ions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

**$17,308.00**                **$17,308.00**

---

Debtor 1    **Kevin Christopher Gleason**                                         Case number *(if known)*   **16-10001-JKO**

---

| 3.3 | Make: | **Suzuki** |
| | Model: | **DR200** |
| | Year: | **2006** |
| | Approximate mileage: | **4021** |
| | Other information: | |

**Rough condition. VIN JS1SH42A862101308  Titled in Kevin Gleason, P.A., a dissolved Florida corporation Kept at 4121 N 31st Ave, Hollywood, FL  33021**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exem ions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$400.00** | **$400.00** |

---

| 3.4 | Make: | **Honda** |
| | Model: | **Ruckus 50** |
| | Year: | **2005** |
| | Approximate mileage: | **6155** |
| | Other information: | |

**VIN  JH2AF580X5K200102 Titled in name of Kevin Gleason, P.A., a dissolved Florida corporation. Broken.  Located at mechanic's home.**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exem ions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$100.00** | **$100.00** |

---

| 3.5 | Make: | **Honda** |
| | Model: | **Rebel** |
| | Year: | **1986** |
| | Approximate mileage: | **16093** |
| | Other information: | |

**VIN  DH2AF580X5K200102. Not running bought for parts. Stored at 4121 N 31st Ave.**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exem ions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$100.00** | **$100.00** |

---

| 3.6 | Make: | **Honda** |
| | Model: | **Rebel** |
| | Year: | **1987** |
| | Approximate mileage: | **5571** |
| | Other information: | |

**VIN JH2PC1701HM103490 Project bike, not running. Stored at 4121 N 31st Ave.**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exem ions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$100.00** | **$100.00** |

---

| 3.7 | Make: | **American Hauler** |
| | Model: | **Cargo Trailer** |
| | Year: | **2007** |
| | Approximate mileage: | **NA** |
| | Other information: | |

**Rough condition, needs tires, used for storage at 4121 N 31st Ave.  Titled in SPF Water Systems, Inc, a dissolved Florida corporation**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exem ions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$100.00** | **$100.00** |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1    **Kevin Christopher Gleason**                    Case number *(if known)*  **16-10001-JKO**

| | | | |
|---|---|---|---|
| 3.8 | Make: **Snowbear** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemp ions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **450LHD** | ☐ Debtor 1 only | |
| | Year: **2004** | ☐ Debtor 2 only | |
| | Approximate mileage: **N/A** | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | ■ At least one of the debtors and another | |
| | **Rough condition.** | ☐ Check if this is community property (see instructions) | $100.00 / $100.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

| | | | |
|---|---|---|---|
| 4.1 | Make: **Kayak** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemp ions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **Plastic** | ■ Debtor 1 only | |
| | Year: **2014** | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | ☐ At least one of the debtors and another | |
| | **Kayak, new price was $199 in 2014** | ☐ Check if this is community property (see instructions) | $100.00 / $100.00 |

| | | | |
|---|---|---|---|
| 4.2 | Make: **Canoe, Double Kayak** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemp ions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **Canoe, Double Kayak** | ☐ Debtor 1 only | |
| | Year: **2015** | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | ■ At least one of the debtors and another | |
| | **Cheap canoe owned as TBE, Double Kayak owned as TBE** | ☐ Check if this is community property (see instructions) | $300.00 / $150.00 |

| | | | |
|---|---|---|---|
| 4.3 | Make: **Misc** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemp ions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **Boat Accessories** | ☐ Debtor 1 only | |
| | Year: | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | ■ At least one of the debtors and another | |
| | **Trolling motors (3), one broken, one over 10 years old, one "new", and 2 trolling batteries** | ☐ Check if this is community property (see instructions) | $100.00 / $100.00 |

| | | | |
|---|---|---|---|
| 4.4 | Make: **Chinese  ATV** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemp ions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **250** | ■ Debtor 1 only | |
| | Year: **2004** | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | ☐ At least one of the debtors and another | |
| | **2-wheel drive, all terrain vehicle, barely working, pretty banged up, stored at 1312 Polk St, Hollywood, FL  33019** | ☐ Check if this is community property (see instructions) | $50.00 / $50.00 |

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>    **$19,108.00**

**Part 3:**  Describe Your Personal and  Household Items

Do you own or have any legal or equitable interest in any of the following items?                    Current value of the

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Kevin Christopher Gleason**    Case number *(if known)*    16-10001-JKO

|  |  | **portion you own?**<br>Do not deduct secured<br>claims or exemptions. |
|---|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
■ Yes. Describe.....

| All purchased in 2010, installed in 1442 Polk St. Refrigerator, Gas Stove, Microwave, Dishwasher. | $1,000.00 |
|---|---|
| Washer and Dryer (at least 15 years old), came with the house. | $50.00 |
| Sofa $25, 2 End Tables $200, Coffee Table $100, 2 Lamps $10, Desk $10, Dining Room Table & 6 Chairs $250, Chest $200, Mahogany Chest $50, 2 Armoires $100, 2 Night Stands $20, Bed $25, OutdoorFurniture $100, China & Flatware $100, Miscellaneous Small Appliances & Kitchen Items $100, Podium $1.00. Some furniture is at refinishers and has not been completed. | $1,390.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
■ Yes. Describe.....

| Point and shoot cameras (2), old mp3 players, 2 am/fm radios, turntable for converting vinyl to digital | $100.00 |
|---|---|
| Lenovo 7" Android Tablet | $20.00 |
| Kindle Fire and books thereon | $20.00 |
| Flat panel TVs (3) all located at 1442 Polk St.  $50/each (1 from Mom who died in 2008, so its at least 8 yrs old, another purchased around 2008, most recent one was purchased in 2010)  DVD/Blue Ray player. $10 | $160.00 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
■ Yes. Describe.....

| Print entitled "Key West Garden", Royal Porcelain Figurines & Vase , Wai Ming Oil Painting, Tomasz Rut Print, prints and other wall art of inconsequential value, family photos of value only to the family.  Yard art two birds. | $1,000.00 |
|---|---|
| Hawaiian vase | $20.00 |

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
■ Yes. Describe.....

Debtor 1    **Kevin Christopher Gleason**                                    Case number *(if known)*    **16-10001-JKO**

| | |
|---|---|
| **Well used camping equipment, hunting equipment, knives, tools** | $100.00 |
| **Bicycles(2), one broken.** | $100.00 |
| **1979-80 Japanese Epiphone guitar ($25), Recorder and Penny Whistle ($1)** | $26.00 |
| **Motorcycle transport rack** | $10.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| **Personal Firearms, inventory to be provided to trustee and interested parties upon request** | $2,000.00 |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| **Personal clothing of value to debtor only.  Nominal value assigned.** | $1.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| **Gold wedding band.  Diver's watch.  Pocket watch (broken).  Costume jewelry including cuff links, tie bars, belt buckles, bolo ties.** | $500.00 |
| **Collection of Cross pens** | $500.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| **Family dog.  Rat Terrier.  Named Zippy.  Security for office.** | $1.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ■ Yes.  Give specific information.....

| | |
|---|---|
| **Prescription medications, prescription glasses, inversion chair, roman chair** | $1.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Kevin Christopher Gleason**                              Case number *(if known)*    **16-10001-JKO**

| | |
|---|---|
| **Miscellaneous Holiday Decorations - 100.00; Miscellaneous (mostly reclaimed) Building Materials: 3 Sets Mahogany French Doors $300, Northland 36" Stainless Steel Refrigerator (no value), Northland 36" Stainless Steel Freezer (no value), Badger Insinkerator $10, Lutron Hi Hat Housing & Trims $10,  2 used Bidets $10, 1 used Toilet $10, Tile (no value), Microwave Oven (No Hanging Bracket) $10, an assortment of other reclaimed building materials with little or no value.  Value of the entire lot is likely $500** | **$500.00** |
| **Vinyl records, stored at 4121 N 31st Ave.  Mrs. Gleason's are mixed in.** | **$25.00** |
| **Consumables, food, wine, spices, canned goods, dry goods** | **$1.00** |

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

| |
|---|
| **$7,525.00** |

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16.  **Cash**
     *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
     ☐ No
     ■ Yes...................................................................................................

|  |  |
|---|---|
| **Cash** | **$165.00** |

17.  **Deposits of money**
     *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
     ☐ No
     ■ Yes.......................         Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking. Wage Account** | **Chase** | **$5,146.59** |
| 17.2. | **Checking** | **Peoples Alliance Federal Credit Union Acct. XXXXX381501** | **$0.00** |
| 17.3. | **Savings** | **Peoples Alliance Federal Credit Union  Acct. XXXXX3815102** | **$0.00** |
| 17.4. | **Dunkin card** | **Dunkin Donuts** | **$20.00** |
| 17.5. | | **PayPal** | **$0.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1   **Kevin Christopher Gleason**                     Case number (*if known*)   **16-10001-JKO**

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes...................

    Institution or issuer name:

    **See Attached List, some held TBE**                                                        **$5.70**

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | **Florida Registered Agents, Inc., dissolved** | **100** % | **$1.00** |
    | **Kevin Gleason, P.A., a dissolved Florida professional services corporation** | **100** % | **$1.00** |
    | **Condo Mini Storage, Inc., a dissolved Florida corporation** | **100** % | **$1.00** |
    | **Kevin C. Gleason, P.A. , a dissolved Florida corporation** | **100** % | **$1.00** |
    | **Kinsey & Gleason, P.A., a dissolved Florida corporation** | **50** % | **$1.00** |
    | **Carter, Kinsey & Gleason, P.A. a dissolved Florida corporation** | **33.3** % | **$1.00** |
    | **SPF Water Systems, Inc., a dissolved Florida corporation** | **100** % | **$1.00** |
    | **Florida Bankruptcy Group, LLC, a Florida limited liability company, owned 99% by Patricia E Gleason, P.A., and 1% by Kevin C Gleason and Patricia E Gleason as tenants-by-entireties** | **.5** % | **$1.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:   US Savings Bonds, stolen from my parents' house 30 years ago, might still be able to claim them with a lot of research and work.

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

    | Type of account: | Institution name: | |
    |---|---|---|
    | **401(k)** | **Paychex 401(k) Profit Sharing Plan and Trust, Plan # 249385.** | **$9,104.16** |

Case # 16-10001-JK0

Schedule A/B, Item 18, Stocks publicly traded

| CUSIP | # Shares | Ownership | Value/ Share | Total Value |
|-------|----------|-----------|--------------|-------------|
| 89366F107 | 28958 | TBE | .0001 | $2.90 |
| 89366F107 | 28042 | KCG | .0001 | $2.80 |
| 855691200 | 150000 | TBE | 0 | 0 |
| 458424207 | 75000 | TBE | 0 | 0 |
| 458423209 | 37500 | TBE | 0 | 0 |
| 472482207 | 37500 | TBE | 0 | 0 |
| 41165D106 | 28958 | TBE | 0 | 0 |
| 41165D106 | 28042 | KCG | 0 | 0 |
| 45107V108* | 30 | TBE | 0 | 0 |
| 92862K109 | 28958 | TBE | 0 | 0 |
| 92862K109 | 28042 | KCG | 0 | 0 |
| 251592101 | 75 | KCG | 0 | 0 |
| 864005103 | 500 | KCG | 0 | 0 |

All values determined by researching the CUSIP numbers as of 12/31/15 online at
http://quotes.fidelity.com/mmnet/SymLookup.phtml?reqforlookup
  REQUESTFORLOOKUP&productid  mmnet&isLoggedIn  mmn
et&rows 50&for stock&by  cusip&criteria  45107V108&submit
Search


* Paid cash in lieu of stock in the sum of $.14 total in May, 2014.

Debtor 1    **Kevin Christopher Gleason**      Case number *(if known)*   **16-10001-JKO**

| | | | |
|---|---|---|---|
| IRA | American Funds, last 4 digits of acct # 3431. | | $17,010.98 |
| IRA | Scottrade.  Last 4 digits 7703.  Transfers were made into this account from American Funds in the last weeks of 2015. | | $11,511.61 |

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. .....................      Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ☐ No
   ■ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

   | | |
   |---|---|
   | **Florida Prepaid account for daughter.** | $1.00 |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ☐ No
   ■ Yes.  Give specific information about them...

   | | |
   |---|---|
   | **Copyrights on photos, songs, and poems.** | $1.00 |

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☐ No
   ■ Yes.  Give specific information about them...

   | | |
   |---|---|
   | **Law License, 369500** | $1.00 |
   | **Real Estate Sales License** | $1.00 |
   | **Concealed weapons permit, State of Florida** | $1.00 |
   | **Florida Driver's License** | $1.00 |
   | **Occupational license as landlord at 1312 Polk St in name of Patricia Gleason only** | $1.00 |
   | **Florida Notary Public** | $1.00 |

**Money or property owed to you?**        **Current value of the**

Debtor 1    **Kevin Christopher Gleason**                                Case number *(if known)*    16-10001-JKO

---

|  | **portion you own?**<br>Do not deduct secured<br>claims or exemptions. |
|--|--|

28. **Tax refunds owed to you**
☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Potential tax refund for 2015 | $0.00 |
|--|--|

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
■ Yes. Name the insurance company of each policy and list its value.

|  Company name: | Beneficiary: | Surrender or refund<br>value: |
|--|--|--|
| **Homeowner's Insurance, Title<br>Insurance, Automobile Insurance,<br>Term Life Insurance, Malpractice<br>Insurance.  No value.** |  | **Unknown** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
■ No
☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No
■ Yes.  Describe each claim.........

| **Claim against the estate of Alan Fleishman, c/o Elise<br>Fleishman for failure to inform of accruing real property<br>taxes at 18% interest or to pay proportionate share of real<br>property taxes.** | **Unknown** |
|--|--|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No
■ Yes.  Describe each claim.........

| **Claim against neighbor on the east side of 1312 Polk Street<br>for maintaining an illegal structure on the wall of 1312 Polk<br>Street.  Owners are CAUCCI,ROBERT; SALVI,LUCY of the<br>property known as    222 N 13 AVENUE, HOLLYWOOD, their<br>mailing address is 8257 GIGUERE *LASALLE QC CA H8N 2B8<br>.** | **Unknown** |
|--|--|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor 1    **Kevin Christopher Gleason**                    Case number *(if known)*    16-10001-JKO

---

35.  **Any financial assets you did not already list**
■ No
☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................................ | **$42,980.04**

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37.  **Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.
☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☐ No
■ Yes. Give specific information.........

**Garden plants at 4121 N 31st Ave.  Bananas (2 varieties), plantains, tomatoes, key limes, fruita bomba, etc... no value** | **$1.00**

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | **$1.00**

| **Part 8:** | List the Totals of Each Part of this Form |

55.  **Part 1: Total real estate, line 2** ........................................................................................................... | **$1,249,890.00**
56.  **Part 2: Total vehicles, line 5** | **$19,108.00**
57.  **Part 3: Total personal and household items, line 15** | **$7,525.00**
58.  **Part 4: Total financial assets, line 36** | **$42,980.04**
59.  **Part 5: Total business-related property, line 45** | **$0.00**
60.  **Part 6: Total farm- and fishing-related property, line 52** | **$0.00**
61.  **Part 7: Total other property not listed, line 54** + | **$1.00**

62.  **Total personal property. Add lines 56 through 61**... | **$69,614.04** | Copy personal property total | **$69,614.04**

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62 | **$1,319,504.04**

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin Christopher Gleason** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | **16-10001-JKO** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1442 Polk Street Hollywood, FL 33020-5245  Broward County Personal residence since 2009. Subject to non-recourse mortgage. LOTS 25 AND 26, BLOCK 94, OF HOLLYWOOD, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 1, PAGE 21, OF THE PUBLIC RECORDS OF B**<br>Line from *Schedule A/B*: **1.1** | **$529,950.00** | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 Subject to non-recourse mortgage** |
| **4121 N 31st Avenue Hollywood, FL 33021-2011  Broward County Business location.  THE SOUTH 105 FEET OF THE NORTH 555 FEET OF THE EAST 130 FEET OF THE WEST 1/2 OF THE NORTHWEST 1/4 OF THE NORTHEAST 1/4 OF THE NORTHEAST 1/4 OF SECTION 5, TOWNSHIP 51 SOUTH, R**<br>Line from *Schedule A/B*: **1.2** | **$157,310.00** | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Kevin Christopher Gleason**

Case number (if known)    **16-10001-JKO**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1312 Polk Street Hollywood, FL 33019-1037  Broward County Landlord occupational license location. LOTS 17, 18, 19 AND THE EAST 4.00 FEET OF THE SOUTH 50.00 FEET OF LOT 20, BLOCK 10, HOLLYWOOD LAKES SECTION, A SUBDIVISION ACCORDING TO THE PLAT OR MAP THERE**<br>Line from *Schedule A/B*: **1.3** | $559,800.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **16469 NW 288TH ST Okeechobee, FL Okeechobee County Vacant land accepted in lieu of a fee. Parcel ID 1-14-34-33-0A00-00030-O000,  LOT O OF TRACT 30 W1/2 OF E1/2 OF S1/2 OF S1/2 OF TRACT 30 14 34S 33E**<br>Line from *Schedule A/B*: **1.4** | $2,830.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **1997 Ford E150 193123 miles  Personal vehicle. VIN: 1FDEE14L1VHB51192  Title No: 73724479,   Poor condition, accident history (2)**<br>Line from *Schedule A/B*: **3.1** | $500.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(1) |
| **2004 Snowbear 450LHD N/A miles Rough condition.**<br>Line from *Schedule A/B*: **3.8** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **2015 Canoe, Double Kayak Canoe, Double Kayak Cheap canoe owned as TBE, Double Kayak owned as TBE**<br>Line from *Schedule A/B*: **4.2** | $150.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Misc Boat Accessories Trolling motors (3), one broken, one over 10 years old, one "new", and 2 trolling batteries**<br>Line from *Schedule A/B*: **4.3** | $100.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Sofa $25, 2 End Tables $200, Coffee Table $100, 2 Lamps $10, Desk $10, Dining Room Table & 6 Chairs $250, Chest $200, Mahogany Chest $50, 2 Armoires $100, 2 Night Stands $20, Bed $25, OutdoorFurniture $100, China & Flatware $100, Miscellaneous Small Applia**<br>Line from *Schedule A/B*: **6.3** | $1,390.00 | ■ $1,390.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Kevin Christopher Gleason**                                Case number (if known)    **16-10001-JKO**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Flat panel TVs (3) all located at 1442 Polk St.  $50/each (1 from Mom who died in 2008, so its at least 8 yrs old, another purchased around 2008, most recent one was purchased in 2010)  DVD/Blue Ray player. $10**<br>Line from *Schedule A/B*: **7.4** | $160.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Print entitled "Key West Garden", Royal Porcelain Figurines & Vase , Wai Ming Oil Painting, Tomasz Rut Print, prints and other wall art of inconsequential value, family photos of value only to the family.  Yard art two birds.**<br>Line from *Schedule A/B*: **8.1** | $1,000.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Well used camping equipment, hunting equipment, knives, tools**<br>Line from *Schedule A/B*: **9.1** | $100.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Family dog.  Rat Terrier.  Named Zippy.  Security for office.**<br>Line from *Schedule A/B*: **13.1** | $1.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Prescription medications, prescription glasses, inversion chair, roman chair**<br>Line from *Schedule A/B*: **14.1** | $1.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(2) |
| **Miscellaneous Holiday Decorations - 100.00; Miscellaneous (mostly reclaimed) Building Materials: 3 Sets Mahogany French Doors $300, Northland 36" Stainless Steel Refrigerator (no value), Northland 36" Stainless Steel Freezer (no value), Badger Insinkerator**<br>Line from *Schedule A/B*: **14.2** | $500.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Consumables, food, wine, spices, canned goods, dry goods**<br>Line from *Schedule A/B*: **14.4** | $1.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Checking. Wage Account: Chase**<br>Line from *Schedule A/B*: **17.1** | $5,146.59 | ■ $5,146.59<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.11(2)(b) |
| **401(k): Paychex 401(k) Profit Sharing Plan and Trust, Plan # 249385.**<br>Line from *Schedule A/B*: **21.1** | $9,104.16 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.21(2) |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Kevin Christopher Gleason** | | Case number (if known) | **16-10001-JKO** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **IRA: American Funds, last 4 digits of acct # 3431.**<br>Line from *Schedule A/B*: **21.2** | $17,010.98 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.21(2)** |
| **IRA: Scottrade. Last 4 digits 7703. Transfers were made into this account from American Funds in the last weeks of 2015.**<br>Line from *Schedule A/B*: **21.3** | $11,511.61 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.21(2)** |
| **Florida Prepaid account for daughter.**<br>Line from *Schedule A/B*: **24.1** | $1.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.22** |
| **Claim against the estate of Alan Fleishman, c/o Elise Fleishman for failure to inform of accruing real property taxes at 18% interest or to pay proportionate share of real property taxes.**<br>Line from *Schedule A/B*: **33.1** | Unknown | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Claim against neighbor on the east side of 1312 Polk Street for maintaining an illegal structure on the wall of 1312 Polk Street. Owners are CAUCCI,ROBERT; SALVI,LUCY of the property known as    222 N 13 AVENUE, HOLLYWOOD, their mailing address is 8257 GI**<br>Line from *Schedule A/B*: **34.1** | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐  No

   ■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ■  No

       ☐  Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1 **Kevin Christopher Gleason**
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number   **16-10001-JKO**
(if known)

☐ Check if this is an
   amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|

**2.1   Broward County Tax Collector**
Creditor's Name

**115 S. Andrews Ave. A-100**
**Fort Lauderdale, FL 33301-1895**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and ano her
☐ Check if this claim relates to a community debt

Describe the property that secures the claim:

**4121 N 31st Avenue Hollywood, FL 33021-2011  Assumes that taxes in 2016 are the same as 2015**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **01/01/2015 and 01/01/2016**

Last 4 digits of account number **0739**

Amount of claim: **$6,955.40**     Value of collateral: **$157,310.00**     Unsecured portion: **$0.00**

**2.2   Broward County Tax Collector**
Creditor's Name

**115 S Andrews Avenue, Room A-100**
**Fort Lauderdale, FL 33301**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

Describe the property that secures the claim:

**1312 Polk Street Hollywood, FL 33019-1037 Assumes that taxes in 2016 are the same as 2015**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)

Amount of claim: **$9,044.54**     Value of collateral: **$559,800.00**     Unsecured portion: **$0.00**

Debtor 1    **Kevin Christopher Gleason**

First Name        Middle Name        Last Name

Case number (if know)    **16-10001-JKO**

■ At least one of the debtors and ano her
☐ Check if this claim relates to a
     community debt

☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

Date debt was incurred    **01/01/2016**        Last 4 digits of account number    **0136**

| 2.3 | **Broward County Tax Collector** | | $8,212.03 | $529,950.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

**1442 Polk Street Hollywood, FL 33020-5245  Broward County Personal residence since 2009. Subject to non-recourse mortgage. LOTS 25 AND 26, BLOCK 94, OF HOLLYWOOD, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 1, PAGE 21, OF THE PUB**

Assumes taxes are the same in 2016 as 2015.

**115 S Andrews Avenue, Room A-100
Fort Lauderdale, FL 33301**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and ano her
☐ Check if this claim relates to a
     community debt

Date debt was incurred    **01/01/2016**        Last 4 digits of account number    **2739**

| 2.4 | **Deutsche Bank National Trust Company** | | $756,362.16 | $559,800.00 | Unknown |

Creditor's Name

**Describe the property that secures the claim:**

**1312 Polk Street Hollywood, FL 33019-1037  Broward County Landlord occupational license location. LOTS 17, 18, 19 AND THE EAST 4.00 FEET OF THE SOUTH 50.00 FEET OF LOT 20, BLOCK 10, HOLLYWOOD LAKES SECTION, A SUBDIVISION ACCORDING TO THE P**

**1761 East Saint Andrew Place
Santa Ana, CA 92705**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
     community debt

Date debt was incurred    **07/14/2004**        Last 4 digits of account number    **6456**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Kevin Christopher Gleason**

First Name    Middle Name    Last Name

Case number *(if know)*    **16-10001-JKO**

| | | | | |
|---|---|---|---|---|
| 2.5 | **Deutsche Bank Trust Company Americas** | Describe the property that secures the claim: | $451,833.20 | $157,310.00 | Unknown |

Creditor's Name

**4121 N 31st Avenue Hollywood, FL 33021-2011  Broward County Business location.  THE SOUTH 105 FEET OF THE NORTH 555 FEET OF THE EAST 130 FEET OF THE WEST 1/2 OF THE NORTHWEST 1/4 OF THE NORTHEAST 1/4 OF THE NORTHEAST 1/4 OF SECTION 5, TOWN**

**60 Wall Street, 37th Floor
New York, NY 10005**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **02/01/2006**    Last 4 digits of account number    **5152**

| | | | | |
|---|---|---|---|---|
| 2.6 | **Ilene Klasfeld** | Describe the property that secures the claim: | $307.95 | $5,660.00 | $0.00 |

Creditor's Name

**16469 NW 288TH ST Okeechobee, FL  Okeechobee County
Vacant land accepted in lieu of a fee. Parcel ID 1-14-34-33-0A00-00030-O000,  LOT O OF TRACT 30 W1/2 OF E1/2 OF S1/2 OF S1/2 OF TRACT 30 14 34S 33E**

**1908 NW 4th Ave #112
Boca Raton, FL 33432**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and ano her
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **01/01/2012**    Last 4 digits of account number    **O000**

| | | | | |
|---|---|---|---|---|
| 2.7 | **INA Group, LLC** | Describe the property that secures the claim: | $670.05 | $5,660.00 | $0.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Kevin Christopher Gleason**                                    Case number (if know)   **16-10001-JKO**
     First Name       Middle Name       Last Name

Creditor's Name

**16469 NW 288TH ST Okeechobee, FL  Okeechobee County Vacant land accepted in lieu of a fee. Parcel ID 1-14-34-33-0A00-00030-O000,  LOT O OF TRACT 30 W1/2 OF E1/2 OF S1/2 OF S1/2 OF TRACT 30 14 34S 33E**

**6333 APPLES WAY, SUITE 115 Lincoln, NE 68516**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and ano her
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **01/01/2009**        Last 4 digits of account number    **O000**

---

| 2.8 | **Joseph Edward Gazza** | | | | | | |
|---|---|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:        $405.51        $5,660.00        $0.00

**16469 NW 288TH ST Okeechobee, FL  Okeechobee County Vacant land accepted in lieu of a fee. Parcel ID 1-14-34-33-0A00-00030-O000,  LOT O OF TRACT 30 W1/2 OF E1/2 OF S1/2 OF S1/2 OF TRACT 30 14 34S 33E**

**PO BOX 4281 Tequesta, FL 33469**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and ano her
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **01/01/2010**        Last 4 digits of account number    **O000**

---

| 2.9 | **Joseph Edward Gazza** | | | | | | |
|---|---|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:        $358.37        $5,660.00        $0.00

**16469 NW 288TH ST Okeechobee, FL  Okeechobee County Vacant land accepted in lieu of a fee. Parcel ID 1-14-34-33-0A00-00030-O000,  LOT O OF TRACT 30 W1/2 OF E1/2 OF S1/2 OF S1/2 OF TRACT 30 14 34S 33E**

**PO BOX 4281 Tequesta, FL 33469**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 8

Debtor 1  **Kevin Christopher Gleason**                                    Case number (if know)  **16-10001-JKO**

First Name          Middle Name          Last Name

☐ Disputed

**Who owes the debt?** Check one.                **Nature of lien.** Check all that apply.

☐ Debtor 1 only                                  ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                                       car loan)
☐ Debtor 1 and Debtor 2 only                     ■ Statutory lien (such as tax lien, mechanic's lien)
■ At least one of the debtors and ano her        ☐ Judgment lien from a lawsuit
☐ **Check if this claim relates to a**            ☐ Other (including a right to offset) _____
   **community debt**

**Date debt was incurred**  **01/01/2011**       **Last 4 digits of account number**  **O000**

---

| 2.10 | **Joseph Edward Gazza** | Describe the property that secures the claim: | $279.36 | $5,660.00 | $0.00 |
|------|-------------------------|-----------------------------------------------|---------|-----------|-------|

Creditor's Name

**16469 NW 288TH ST Okeechobee,
FL  Okeechobee County
Vacant land accepted in lieu of a
fee. Parcel ID
1-14-34-33-0A00-00030-O000,  LOT
O OF TRACT 30 W1/2 OF E1/2 OF
S1/2 OF S1/2 OF TRACT 30 14 34S
33E**

**PO BOX 4281**                                  **As of the date you file, the claim is:** Check all that
**Tequesta, FL 33469**                            apply.

Number, Street, City, State & Zip Code           ☐ Contingent
                                                 ☐ Unliquidated
**Who owes the debt?** Check one.                ☐ Disputed

☐ Debtor 1 only                                  **Nature of lien.** Check all that apply.
☐ Debtor 2 only                                  ☐ An agreement you made (such as mortgage or secured
☐ Debtor 1 and Debtor 2 only                          car loan)
■ At least one of the debtors and ano her        ■ Statutory lien (such as tax lien, mechanic's lien)
☐ **Check if this claim relates to a**            ☐ Judgment lien from a lawsuit
   **community debt**                            ☐ Other (including a right to offset) _____

**Date debt was incurred**  **01/01/2013**       **Last 4 digits of account number**  **O000**

---

| 2.11 | **Okeechobee County Tax Collector** | Describe the property that secures the claim: | $202.58 | $5,660.00 | $0.00 |
|------|-------------------------------------|-----------------------------------------------|---------|-----------|-------|

Creditor's Name

**16469 NW 288TH ST Okeechobee,
FL  Okeechobee County
Vacant land accepted in lieu of a
fee. Parcel ID
1-14-34-33-0A00-00030-O000,  LOT
O OF TRACT 30 W1/2 OF E1/2 OF
S1/2 OF S1/2 OF TRACT 30 14 34S
33E**

**307 NW 5th Ave Suite B**                       **As of the date you file, the claim is:** Check all that     Assumes taxes are the same in 2016 as 2015.
**Okeechobee, FL 34972**                          apply.

Number, Street, City, State & Zip Code           ☐ Contingent
                                                 ■ Unliquidated
**Who owes the debt?** Check one.                ☐ Disputed

☐ Debtor 1 only                                  **Nature of lien.** Check all that apply.
☐ Debtor 2 only                                  ☐ An agreement you made (such as mortgage or secured
☐ Debtor 1 and Debtor 2 only                          car loan)
■ At least one of the debtors and ano her        ■ Statutory lien (such as tax lien, mechanic's lien)
☐ **Check if this claim relates to a**            ☐ Judgment lien from a lawsuit
   **community debt**                            ☐ Other (including a right to offset) _____

**Date debt was incurred**  **01/01/2016**       **Last 4 digits of account number**  **O000**

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 8

Debtor 1   **Kevin Christopher Gleason**                                        Case number (if know)   **16-10001-JKO**

First Name        Middle Name        Last Name

---

| 2.1 2 | **Okeechobee County Tax Collector** | | $261.41 | $5,660.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**16469 NW 288TH ST Okeechobee, FL  Okeechobee County Vacant land accepted in lieu of a fee. Parcel ID 1-14-34-33-0A00-00030-O000,  LOT O OF TRACT 30 W1/2 OF E1/2 OF S1/2 OF S1/2 OF TRACT 30 14 34S 33E**

**307 NW 5th Ave Suite B Okeechobee, FL 34972**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

■ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and ano her

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred   **01/01/2014**        Last 4 digits of account number   **O000**

---

| 2.1 3 | **Okeechobee County Tax Collector** | | $202.58 | $5,660.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**16469 NW 288TH ST Okeechobee, FL  Okeechobee County Vacant land accepted in lieu of a fee. Parcel ID 1-14-34-33-0A00-00030-O000,  LOT O OF TRACT 30 W1/2 OF E1/2 OF S1/2 OF S1/2 OF TRACT 30 14 34S 33E**

**307 NW 5th Ave Suite B Okeechobee, FL 34972**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and ano her

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred   **01/01/2015**        Last 4 digits of account number   **O000**

---

| 2.1 4 | **Toyota Southeast Finance** | | $21,045.74 | $17,308.00 | $3,737.74 |
|---|---|---|---|---|---|

**Describe the property that secures the claim:**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1   **Kevin Christopher Gleason**

First Name        Middle Name        Last Name

Case number (if know)   **16-10001-JKO**

---

Creditor's Name

**2015 Toyota Prius II 1323 miles
Business use. VIN
JTDKN3DU8F1987829.  Value stated
is purchase price on 12/09/15.
Usually at 4121 N 31st Ave.
Hollywood, FL 33021**

**POB 991817
Mobile, AL 36691-8817**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred   **12/09/2015**        Last 4 digits of account number   **1832**

---

Add the dollar value of your entries in Column A on this page. Write that number here:   **$1,256,140.88**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   **$1,256,140.88**

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name Address
**Brock & Scott, PLLC
1501 NW 49th Street. Suite 200
Fort Lauderdale, FL 33309**

On which line in Part 1 did you enter the creditor?   **2.5**

Last 4 digits of account number   **3922**

---

☐ Name Address
**Nationstar Mortgage LLC
P.O. Box 619098
Dallas, TX 75261**

On which line in Part 1 did you enter the creditor?   **2.4**

Last 4 digits of account number   **5887**

---

☐ Name Address
**Nationstar Mortgage, LLC
350 HIGHLAND DR
Lewisville, TX 75067**

On which line in Part 1 did you enter the creditor?   **2.4**

Last 4 digits of account number   **XXXX**

---

☐ Name Address
**Ocwen
P.O. Box 24738
West Palm Beach, FL 33416-4738**

On which line in Part 1 did you enter the creditor?   **2.5**

Last 4 digits of account number   **5152**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1 **Kevin Christopher Gleason**                                    Case number (if know)    **16-10001-JKO**
      First Name      Middle Name      Last Name

☐  Name Address

**Shapiro, Fishman & Gache, LLP**      **On which line in Part 1 did you enter the creditor?**   **2.4**
**2424 N Federal Hwy. #360**
**Boca Raton, FL 33431**      **Last 4 digits of account number**   **9984**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin Christopher Gleason** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | **16-10001-JKO** |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Internal Revenue Service** <br> Priority Creditor's Name <br> **Centralized Insolvency Operations** <br> **POB 7346** <br> **Philadelphia, PA 19101-7346** <br> Number Street City State Zip Code | Last 4 digits of account number  **3815** <br><br> When was the debt incurred?  **01/01/2016** | **Unknown** | **$0.00** | **$0.00** |

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____   **federal income taxes for 2015**

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in  his part. Submit  his form to the court with your other schedules.

☐ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1  **Kevin Christopher Gleason**                    Case number (if know)   **16-10001-JKO**

---

**4.1** | **Barclays Bank Delaware** | Last 4 digits of account number | **XXXX** | **$12,090.26**

Nonpriority Creditor's Name
**125 S WEST ST**
**Wilmington, DE 19801**
Number Street City State Zip Code

When was the debt incurred?   **02/01/2006**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Credit Card.  Calculated amount due under formula in Settlement Stipulation, $12,753.26, plus court costs of $337, less amounts paid $1000.**

---

**4.2** | **Dept of the Treasury** | Last 4 digits of account number | **3815** | **$9,381.26**

Nonpriority Creditor's Name
**Internal Revenue Service**
**Philadelphia, PA 19255-0030**
Number Street City State Zip Code

When was the debt incurred?   **12/31/10, 12/31/11**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Federal income taxes, interest, penalties**

---

**4.3** | **Discover Card** | Last 4 digits of account number | **2529** | **$9,723.68**

Nonpriority Creditor's Name
**POB 15316**
**Wilmington, DE 19850**
Number Street City State Zip Code

When was the debt incurred?   **07/01/1986**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal Credit Card**

---

Debtor 1    Kevin Christopher Gleason                                      Case number (if know)    16-10001-JKO

---

| 4.4 | **Discover Card** | Last 4 digits of account number | 0987 | | $4,148.69 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**POB 15316**
**Wilmington, DE 19850**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?    06/01/2008

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligaions arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Credit Card**

---

| 4.5 | **LEONARD BASHKIN** | Last 4 digits of account number | | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**100 Riverstone Drive**
**Moreland Hill, OH 44022**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

When was the debt incurred?    08/07/2015

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligaions arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Asserted complaints about rats and deteriorated condition of the property located at 1312 Polk St. He owns the adjacent property.**

---

| 4.6 | **Midland Funding, LLC** | Last 4 digits of account number | XXXX | | $1,652.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**2365 Northside Drive, # 300**
**San Diego, CA 92108**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

When was the debt incurred?    01/08/2013

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligaions arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal Credit Card. Original Creditor FIA CARD SERVICES N.A. Collection of this debt is barred by the statute of limitations.**

---

Debtor 1  **Kevin Christopher Gleason**          Case number (if know)  **16-10001-JKO**

---

| 4.7 | **Midland Funding, LLC** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2365 Northside Drive, # 300**
**San Diego, CA 92108**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  **XXXX**                    $10,740.00

When was the debt incurred?  **01/08/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obliga ions arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Credit Card. Original Creditor FIA CARD SERVICES N.A.  Collection of this debt is barred by the statute of limitations.**

---

| 4.8 | **Patricia E Gleason** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1442 Polk St**
**Hollywood, FL 33021**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  _____              $40,000.00

When was the debt incurred?  **01/01/2010**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obliga ions arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Paid mortgage on 1442 Polk St when I was unable to do so.  I agreed to reimburse her for all payments she made. The amount is estimated.  A claim will likely be filed.**

---

| 4.9 | **PNC Bank, N.A.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1 Financial Plaza**
**Kalamazoo, MI 49009**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  **0905**              $107,347.73

When was the debt incurred?  **01/01/2007**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obliga ions arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Equity line on 1312 Polk Street, released.**

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address                     On which entry in Part 1 or Part 2 did you list the original creditor?

---

Official Form 106 E/F              Schedule E/F: Creditors Who Have Unsecured Claims              Page 4 of 5

Debtor 1   **Kevin Christopher Gleason**                                    Case number (if know)   **16-10001-JKO**

| | |
|---|---|
| **Hayt, Hayt & Landau, P.L.**<br>**Dana M. Stern**<br>**7765 SW 87 Avenue, Suite 101**<br>**Miami, FL 33173** | Line **4.1** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number   **8372** |

| | |
|---|---|
| Name and Address<br>**PNC Bank**<br>**c/o Bankruptcy Dept.**<br>**6750 Miller Rd.**<br>**Brecksville, OH 44141** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.9** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number   **0905** |

**Part 4:**  **Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | |
|---|---|---|---|---|
| **Total claims<br>from Part 1** | 6a. | **Domestic support obligations** | 6a. | **Total claim**<br>$                0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $                0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $                0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $                0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $                0.00 |
| **Total claims<br>from Part 2** | 6f. | **Student loans** | 6f. | **Total Claim**<br>$                0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $                0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $                0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $          195,083.62 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $          195,083.62 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin Christopher Gleason** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | **16-10001-JKO** |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and Z P Code | State what the contract or lease is for |
|---|---|
| 2.1 <br> Name <br><br> Number  Street <br><br> City  State  ZIP Code | |
| 2.2 <br> Name <br><br> Number  Street <br><br> City  State  ZIP Code | |
| 2.3 <br> Name <br><br> Number  Street <br><br> City  State  ZIP Code | |
| 2.4 <br> Name <br><br> Number  Street <br><br> City  State  ZIP Code | |
| 2.5 <br> Name <br><br> Number  Street <br><br> City  State  ZIP Code | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin Christopher Gleason** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | **16-10001-JKO** |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106H
# Schedule H: Your Codebtors                                                                12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Estate of Alan Fleishman**<br>**c/o Elise Fleishman**<br>**1076 SW 42 Ave**<br>**Deerfield Beach, FL 33442-8255** | ■ Schedule D, line __**2.11**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**Okeechobee County Tax Collector** |
| 3.2 | **Estate of Alan Fleishman**<br>**c/o Elise Fleishman**<br>**1076 SW 42 Ave**<br>**Deerfield Beach, FL 33442-8255** | ■ Schedule D, line __**2.7**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**INA Group, LLC** |
| 3.3 | **Estate of Alan Fleishman**<br>**c/o Elise Fleishman**<br>**1076 SW 42 Ave**<br>**Deerfield Beach, FL 33442-8255** | ■ Schedule D, line __**2.8**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**Joseph Edward Gazza** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    **Kevin Christopher Gleason**                                    Case number *(if known)*    **16-10001-JKO**

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.4    **Estate of Alan Fleishman**
**c/o Elise Fleishman**
**1076 SW 42 Ave**
**Deerfield Beach, FL 33442-8255**

■ Schedule D, line    **2.9**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Joseph Edward Gazza**

---

3.5    **Estate of Alan Fleishman**
**c/o Elise Fleishman**
**1076 SW 42 Ave**
**Deerfield Beach, FL 33442-8255**

■ Schedule D, line    **2.10**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Joseph Edward Gazza**

---

3.6    **Estate of Alan Fleishman**
**c/o Elise Fleishman**
**1076 SW 42 Ave**
**Deerfield Beach, FL 33442-8255**

■ Schedule D, line    **2.6**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Ilene Klasfeld**

---

3.7    **Estate of Alan Fleishman**
**c/o Elise Fleishman**
**1076 SW 42 Ave**
**Deerfield Beach, FL 33442-8255**

■ Schedule D, line    **2.12**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Okeechobee County Tax Collector**

---

3.8    **Estate of Alan Fleishman**
**c/o Elise Fleishman**
**1076 SW 42 Ave**
**Deerfield Beach, FL 33442-8255**

■ Schedule D, line    **2.13**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Okeechobee County Tax Collector**

---

3.9    **Florida Registered Agents, Inc.**
**4121 N 31st Ave**
**Hollywood, FL 33021-2011**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.3**
☐ Schedule G _____
**Discover Card**

---

3.10    **Kevin Gleason, P.A.**
**4121 N 31st Ave**
**Hollywood, FL 33021-2011**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.1**
☐ Schedule G _____
**Barclays Bank Delaware**

---

Debtor 1  **Kevin Christopher Gleason**                    Case number *(if known)*  **16-10001-JKO**

---

██  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11  **Kevin Gleason, P.A.**<br>**4121 N 31st Ave**<br>**Hollywood, FL 33021-2011** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>**Midland Funding, LLC** |
| 3.12  **Patricia E Gleason**<br>**1442 Polk St**<br>**Hollywood, FL 33021** | ■ Schedule D, line ___2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Broward County Tax Collector** |
| 3.13  **Patricia E Gleason**<br>**1442 Polk St**<br>**Hollywood, FL 33021** | ■ Schedule D, line ___2.2___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Broward County Tax Collector** |
| 3.14  **Patricia E Gleason**<br>**1442 Polk St**<br>**Hollywood, FL 33021** | ■ Schedule D, line ___2.6___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Ilene Klasfeld** |
| 3.15  **Patricia E Gleason**<br>**1442 Polk St**<br>**Hollywood, FL 33021** | ■ Schedule D, line ___2.7___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**INA Group, LLC** |
| 3.16  **Patricia E Gleason**<br>**1442 Polk St**<br>**Hollywood, FL 33021** | ■ Schedule D, line ___2.8___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Joseph Edward Gazza** |
| 3.17  **Patricia E Gleason**<br>**1442 Polk St**<br>**Hollywood, FL 33021** | ■ Schedule D, line ___2.9___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Joseph Edward Gazza** |

| Debtor 1 | **Kevin Christopher Gleason** | Case number *(if known)* | **16-10001-JKO** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.18 **Patricia E Gleason**<br>**1442 Polk St**<br>**Hollywood, FL 33021** | ■ Schedule D, line ___**2.10**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Joseph Edward Gazza** |
| 3.19 **Patricia E Gleason**<br>**1442 Polk St**<br>**Hollywood, FL 33021** | ■ Schedule D, line ___**2.11**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Okeechobee County Tax Collector** |
| 3.20 **Patricia E Gleason**<br>**1442 Polk St**<br>**Hollywood, FL 33021** | ■ Schedule D, line ___**2.12**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Okeechobee County Tax Collector** |
| 3.21 **Patricia E Gleason**<br>**1442 Polk St**<br>**Hollywood, FL 33021** | ■ Schedule D, line ___**2.13**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Okeechobee County Tax Collector** |

Schedules I and J are on extension.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin Christopher Gleason** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | **16-10001-JKO** |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice,*
                                                    *Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | | | |
|---|---|---|---|
| X | **/s/ Kevin Christopher Gleason** | X | |
| | **Kevin Christopher Gleason** | | Signature of Debtor 2 |
| | Signature of Debtor 1 | | |
| | | | |
| | Date  **January 15, 2016** | | Date |

**Fill in this information to identify your case:**

Debtor 1        **Kevin Christopher Gleason**
_____
                First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)  _____
                First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number    **16-10001-JKO**
(if known)     _____

☐ Check if this is an
   amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                  12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

    ☑ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ☑ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ☑ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Kevin Christopher Gleason**                                                    Case number (*if known*)    **16-10001-JKO**

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2015 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $71,429.22 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business |  |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $8,500.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business |  |

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below.. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

■    No.    Go to line 7.
☐    Yes    List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

☐    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐    No.    Go to line 7.
☐    Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

**7.    Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■    No
☐    Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1 | Kevin Christopher Gleason | | Case number (if known) | 16-10001-JKO |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

---

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

---

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Deutsche Bank Nat Trust Co v. Kevin C Gleason, et al**<br>**CACE-15-021920 Div 11** | **Foreclosure** | **Circuit Court Broward County**<br>**201 SE 6th Street**<br>**Fort Lauderdale, FL 33301** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Foreclosure 1312 Polk Street** |
| **Barclays Bank Delaware v Kevin C Gleason**<br>**13-3274-COWE-81** | **Collection** | **County Court, Broward County, Florida** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Stipulated Settlement** |
| **Gleason, Kevin C & Patricia E**<br>**2014-12661** | **Value Adjustment Board Challenge related to 1312 Polk St** | **Broward County Value Adjustment Board**<br>**115 S. Andrews Ave.**<br>**Fort Lauderdale, FL 33301** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Value adjustment** |
| **In re Groupon, Inc. Marketing and Sales Practices Litigation**<br>**No. 3:11-md-02238-DMS-RBB** | **Class action regarding Groupon** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Dremak v. Groupon, Inc**<br>**No. 11-CH-0876** | **Class action against Groupon** | **(Ill. Cir. Ct., Kane County)** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Koday v Symantec**<br>**Civil Action No. 11-CV-00180** | **Class Action** | **USDC DISTRICT OF Minnesota**<br>**300 South Fourth Street**<br>**Minneapolis, MN 55415** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Class action** |
| **Holmes v. Bank of America, N.A. et. al.,**<br>**3:12-cv-00487** | **Class action** | **WDNC** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Class action** |

---

Debtor 1  **Kevin Christopher Gleason**                                    Case number (*if known*)  **16-10001-JKO**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Discover v. Florida Registered Agents, Kevin C Gleason COWE15000504** | **Collection** | **Broward County Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Dismissed, second time** |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied? Check all that apply and fill in the details below.

■ No
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| Part 6: | List Certain Losses |
|---|---|

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☐ No
■ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

Debtor 1    **Kevin Christopher Gleason**                                    Case number *(if known)*    **16-10001-JKO**

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | | |
| **Florida Lottery** | None | **Mostly in 12/2015 as gifts** | $30.00 |
| **Powerball 1.6 billion drawing on 1/13/16** | None | **1/13/16** | $20.00 |

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Debthelper.com Online debthelper.com | Prebankruptcy credit counseling | 12/24/15 | $24.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address  Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Yard Sale | Junk put out for yard sale | I let the kids keep whatever they got | two or three times per year |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Debtor 1   **Kevin Christopher Gleason**

Case number *(if known)*   **16-10001-JKO**

---

**Part 8:**   **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ■ **No**
    ☐ **Yes. Fill in the details.**   Some trustee to trustee transfers were made between IRA accounts in 12/2015.  Not responsive to this.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

    ☐ **No**
    ■ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Mildew Manor is what we call it**<br>**1312 Polk Street**<br>**Hollywood, FL 33019** | **Kevin C Gleason, Patricia E Gleason, Stanley Svetich** | **Misc reclaimed building materials, cabinets, toilets, bidets, reclaimed wood flooring, reclaimed doors** | ☐ No<br>■ Yes |
| **The Office**<br>**4121 N 31st Ave**<br>**Hollywood, FL 33021-2011** | **Kevin C Gleason, Patricia E Gleason, Stacey D Mittler, daughter** | **Clothing, firearms, misc personal property** | ☐ No<br>■ Yes |

---

**Part 9:**   **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ☐ **No**
    ■ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Patricia E Gleason**<br>**1442 Polk Street**<br>**Hollywood, FL 33020** | **1442 Polk Street**<br>**Hollywood, FL 33020** | **Personal property of Patricia Gleason, clothing, jewelry, artwork, keepsakes, electronics, furniture, firearms and accessories. Large Photograph of Bayside Marketplace in Miami** | **Unknown** |
| **Florida Bankruptcy Group, LLC**<br>**4121 N 31st Ave**<br>**Hollywood, FL 33021-2011** | **Usually on or near my person** | **Cell phone, Dell notebook computer, computer backpack, portable accessories** | **Unknown** |

Debtor 1   **Kevin Christopher Gleason**                                              Case number *(if known)*   **16-10001-JKO**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Swearingen & Associates** | **Wells Fargo IOLTA Account** | **Funds in Trust Account, approximately $65,000** | $0.00 |
| **Viktoria Benkovitch** | **Seaside Nat Bank** | **$500 in Chapter 11 disbursing agent account** | $0.00 |
| **Daughter**<br>**1442 Polk St**<br>**Hollywood, FL 33021-2011** | **1442 Polk St and 4121 N 31st Ave** | **Clothing, electronics, jewelry, furniture, firearms and accessories, personal records.** | Unknown |
| **Son**<br>**1442 Polk St**<br>**Hollywood, FL 33020** | **1442 Polk St and 4121 N 1st Ave** | **Clothing, electronics, jewelry, furniture, firearms and accessories, personal papers.** | Unknown |

**Part 10:**   **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

- ■ **No**
- ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

- ■ **No**
- ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

- ■ **No**
- ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

Debtor 1    **Kevin Christopher Gleason**                                                    Case number *(if known)*    **16-10001-JKO**

---

**Part 11:**    **Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies.  Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Florida Bankruptcy Group, LLC<br>4121 N 31st Avenue<br>Hollywood, FL 33021-2011** | **Law firm**<br><br>**Patricia E Gleason** | EIN:      37-1591153<br><br>From-To  **11/13/2009 - present** |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ **No**

■ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Al Hendrickson Toyota<br>5201 W Sample Rd<br>Coconut Creek, FL 33073** | **12/09/2015** |

---

**Part 12:**    **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Kevin Christopher Gleason
**Kevin Christopher Gleason**
**Signature of Debtor 1**

**Signature of Debtor 2**

Date    **January 15, 2016**                                 Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).